UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
DENISE CRUMWELL,       :
       :
       Plaintiff,       :
       :    21-CV-7989 (JMF)
    -v-       :
       :    <u>ORDER</u>
LAFCO ENTERPRISES, INC.,       :
       :
       Defendant.       :
       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 27, 2021 Order, ECF No. 6, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case.  Defendant entered a notice of appearance on October 1, 2021.  ECF No. 7.  To date, the parties have not filed the required joint letter.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **October 27, 2021**.

      SO ORDERED.

Dated: October 20, 2021
      New York, New York
                           JESSE M. FURMAN
                       United States District Judge